UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BRIAN KENNETH NASH,<br><br>  Defendant. | Case No.  3:22-cr-00061-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender ALLIE WILSON, counsel for BRIAN KENNETH NASH, United States Attorney Jason M. Frierson, and Assistant United States Attorney ANDREW KEENAN, counsel for the United States of America, that the parties herein shall have to and including January 6, 2023, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 20, 2023, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 27, 2023, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of February 13, 2023, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 28th day of December, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for Brian Kenneth Nash | By: /s/ Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED.**

**DATED** this 29th day of December, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2