RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for BRIAN KENNETH NASH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00061-HDM-CLB |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING** |
| v. | (First Request) |
| BRIAN KENNETH NASH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for BRIAN KENNETH NASH and Deputy Attorney General of the United States TODD BLANCHE, Assistant United States Attorney ANDREW KEENAN, counsel for the UNITED STATES OF AMERICA, that the Preliminary Revocation Hearing currently scheduled for March 4, 2026, at 4:00 P.M., be vacated and continued to June 2, 2026, at 4:00 P.M.

This Stipulation is entered into for the following reasons:

1.      Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.      Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.      The defendant is currently detained and consents to the continuance.

4.      The parties agree to the continuance.

5.      This is the first request for a continuance.

DATED this 3rd day of March, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By /s/ Sean A. McClelland
  SEAN A. MCCLELLAND
  Assistant Federal Public Defender
  Counsel for BRIAN KENNETH NASH

By /s/ Andrew Keenan
  ANDREW KEENAN
  Assistant United States Attorney
  Counsel for the Government

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00061-HDM-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| BRIAN KENNETH NASH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary revocation hearing previously scheduled for March 4, 2026, at 4:00 P.M., be vacated and continued to June 2, 2026, at 4:00 P.M.

DATED this 3rd day of March, 2026.

_____

UNITED STATES MAGISTRATE JUDGE

3