**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>BRIAN KENNETH NASH,<br><br>      Defendant. | Case No. 3:22-cr-00061-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING<br>(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for BRIAN KENNETH NASH and Deputy Attorney General of the United States TODD BLANCHE, Assistant United States Attorney ANDREW KEENAN, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for March 12, 2026, at 12:00 PM, be vacated and continued to **June 16, 2026 at 11:00 AM**.

This Stipulation is entered into for the following reasons:

1.    Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.      Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.      The defendant is detained and consents to the continuance.

4.      The parties agree to the continuance.

5.      This is the first request for a continuance.

DATED this 3rd day of March, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By /s/ Sean A. McClelland
    SEAN A. MCCLELLAND
    Assistant Federal Public Defender
    Counsel for BRIAN KENNETH NASH

By /s/ Andrew Keenan
    ANDREW KEENAN
    Assistant United States Attorney
    Counsel for the Government

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00061-HDM-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| BRIAN KENNETH NASH, | |
| Defendant. | |

   **IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for March 12, 2026, at 12:00 PM, be vacated and continued to **June 16, 2026 at 11:00 AM** in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED.**

   DATED this 4th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE