**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00061-HDM-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (SECOND REQUEST)** |
| v. | |
| BRIAN KENNETH NASH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for BRIAN KENNETH NASH and Acting Attorney General TODD BLANCHE, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for June 16, 2026 at 11:00 AM, be vacated and continued to **September 29, 2026 at 11:00 AM**.

This Stipulation is entered into for the following reasons:

1.      Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.      Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.      The defendant is detained and consents to the continuance.

4.      The parties agree to the continuance.

5.      This is the second request for a continuance.

DATED this 18th day of May, 2026.

RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                         Acting Attorney General


By */s/ Sean A. McClelland*                    By */s/ Randolph J. St. Clair*
   SEAN A. MCCLELLAND                          RANDOLPH J. ST. CLAIR
   Assistant Federal Public Defender            Assistant United States Attorney
   Counsel for BRIAN KENNETH NASH              Counsel for the Government

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

BRIAN KENNETH NASH,

      Defendant.

Case No. 3:22-cr-00061-HDM-CLB

**ORDER**

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for June 16, 2026 at 11:00 AM, be vacated and continued to **September 29, 2026 at 11:00 AM** in Reno Courtroom 4 before District Judge Howard D. McKibben. **IT IS SO ORDERED.** DATED this 19th day of May, 2026.

Howard D McKibben

_____
UNITED STATES DISTRICT JUDGE

3