RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for BRIAN KENNETH NASH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00061-HDM-CLB |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING** |
| v. | (Second Request) |
| BRIAN KENNETH NASH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for BRIAN KENNETH NASH and Acting Attorney General TODD BLANCHE, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Preliminary Revocation Hearing currently scheduled for June 2, 2026, at 4:00 P.M., be vacated and continued to a date and time convenient for the court.

This Stipulation is entered into for the following reasons:

1.      Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.      Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.      The defendant is currently detained and consents to the continuance.

4.      The parties agree to the continuance.

5.      This is the second request for a continuance.

DATED this 19th day of May, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General

By /s/ Sean A. McClelland
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Counsel for BRIAN KENNETH NASH

By /s/ Randolph J. St. Clair
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
Counsel for the Government

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00061-HDM-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| BRIAN KENNETH NASH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary revocation hearing previously scheduled for June 2, 2026, at 4:00 P.M., be vacated and continued to **September 15, 2026, at 4:00 PM**

DATED this 19th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3